# EXHIBIT A

**Click here to Respond to Selected Documents**

**Sort Date Entries:** Descending Ascending

**Display Options:** All Entries ⌄

**03/28/2024**

     **Pet Filed in Circuit Ct**
     Petition; Exhibit A; Exhibit B.
       **Filed By:** TIMOTHY BELZ
       **On Behalf Of:** CHLOE HAPPE
     **Filing Info Sheet eFiling**

       **Filed By:** TIMOTHY BELZ

**03/29/2024**

     **Summons Issued-Circuit**
     Document ID: 24-SMCC-156, for BLOCK, INC.

**04/11/2024**

     **Notice of Service**
     24-SMCC-156; Electronic Filing Certificate of Service.
     **Agent Served**
     Document ID - 24-SMCC-156; Served To - BLOCK, INC.; Served Date - 04/05/2024; Served Time - 08:00:00; Service Type - SD; Reason Description - SERV; Service Text -SERVED CT CORP (SIDNEY)

**04/22/2024**

     **Entry of Appearance Filed**
     Entry of Appearance; Exhibit A; Exhibit B.
       **Filed By:** TIMOTHY BELZ
       **On Behalf Of:** CHLOE HAPPE

Electronically Filed - LINCOLN COUNTY - March 28, 2024 - 10:42 AM

**IN THE CIRCUIT COURT FOR LINCOLN COUNTY, MISSOURI**
**Circuit Division**

CHLOE HAPPE,                              )
                                         )
          *Plaintiff,*                    )
                                         )
     v.                                   )          Case No. _____
                                         )
BLOCK, INC.,                              )          Division _____
Serve:                                    )
C T Corporation System                    )
120 S Central Ave                         )
Clayton, MO 63105                         )
                                         )
          *Defendant.*                    )

**PETITION FOR DAMAGES AND EQUITIBLE RELIEF,**
**VIOLATION OF MO. REV. STAT. § 130.028**

Plaintiff Chloe Happe files this Petition for damages and declaratory and injunctive relief against Defendant Block, Inc. ("Block"), and alleges as follows:

**NATURE OF THE CASE**

1.     This is a civil action arising from Block's wrongful termination of Happe's employment in retaliation for Happe's lawful exercise of her right to speak and express her views. Specifically, Block fired Happe because of two posts ("the Posts") that she made on X, the social networking platform formerly known as Twitter. She made these Posts while on her personal time and not working on her job, which she performed remotely here in Missouri.

2.     The Posts were made under a pseudonymous, satirical account purporting to be a "citizen" of Kurdistan. (Kurdistan is a geo-cultural region spanning four countries in the Middle East.) The first Post was made in the days following the

Electronically Filed - LINCOLN COUNTY - March 28, 2024 - 10:42 AM

October 7, 2023 Hamas terrorist attacks in Israel, and referenced people fleeing Gaza and coming to her location in Kurdistan ("the Refugee Post"). Happe voluntarily deleted the Refugee Post within days of posting it. At no time was the Refugee Post tagged or noted as potentially violating any X policy. The second Post expressed a satirical and joking comment about being confronted by a transgender person at a restroom ("the Restroom Post"). Happe saw that X had limited the visibility of the Restroom Post, so she voluntarily deleted that post the same day she posted it.

3.      Happe composed and posted the Posts on her pseudonymous and satirical account on X while she was off-duty and away from the workplace. In the Posts, Happe expressed her political views, opinions, or beliefs.

4.      In retaliation for Happe's exercise of her speech rights, Block terminated Happe's employment.  Because Block took that action in violation of the law and public policy of this State, Happe seeks and is entitled to the relief sought herein.

## PARTIES

5.      Plaintiff Happe is a citizen and domiciliary of Lincoln County, Missouri.

6.      Defendant Block does business and maintains an office in Missouri.

7.      Happe worked for Block in Missouri at the time she wrote the Posts and placed them on X and at the time of the events giving rise to this action.

## JURISDICTION AND VENUE

8.      This Court has jurisdiction over this matter as the claims arise under Missouri law.

Electronically Filed - LINCOLN COUNTY - March 28, 2024 - 10:42 AM

9.     Venue is proper in this Court as Happe lives within the County and the relevant acts took place, in material part, within the County.

10.    This court has personal jurisdiction over Block as it does business in Missouri and employs individuals living and working in Missouri.

## FACTUAL ALLEGATIONS

11.    Plaintiff Happe was born and raised in Missouri.

### *Happe joins Block, Inc. as an employee*

12.    Block, Inc. is a public company founded in 2009 by Jack Dorsey and Jim McKelvey. Block's various products, among others, include Square, a credit card payment platform that enables small- and medium-sized businesses to use smartphones and tablets as point-of-sale registers; Cash App, which offers peer-to-peer transactions; and TBD, a decentralized platform targeting Bitcoin and decentralized finance.

13.    Happe became a Block employee in August 2019. Her initial role was as a customer support representative, and she worked in Missouri. In mid-2021, Happe was promoted to project manager, a non-supervisory role as part of a team working on updates to Cash App. In January 2022, she moved to San Francisco to work both in-person at headquarters and remotely. In October 2023, she returned home to Missouri and continued working for Block remotely.

14.    Happe had received only positive performance evaluations throughout her employment with Block, and she had never been disciplined by Block prior to her termination.

3

Electronically Filed - LINCOLN COUNTY - March 28, 2024 - 10:42 AM

***Block, Inc. terminates Happe for pseudonymous out-of-work posts***

15.     On November 21, 2023, Block terminated Happe's employment.  Block did so because of the Posts Happe made on X.

16.     X is a social networking platform.  Happe has had an X or Twitter account since at least mid-2020.  In October 2023, Happe deactivated her main X account, @bronzeageshawty, to take a break from it because she had accumulated a large number of followers.  She reactivated that account in November 2023.

17.     Happe also created another account in April 2023 under the pseudonym "shawtisattva" with the handle @samsarashawty.  This pseudonymous account involves a running meme or parody involving a young, married Kurdistani woman who takes care of sheep and goats in the Zagros Mountains, cares for her child, occasionally hunts falcons, and posts on X while waiting for her husband to return from working his 18-hour days caring for their sheep.



18.     The X platform allows users to create and share ideas and information instantly through various product features, including public posts. X allows its users to post content and to see content posted by other users.  X also allows its users to follow, and be followed by, other users who post on X.  X thus provides a vehicle for exercising several constitutionally protected freedoms, including the freedom of thought, the freedom of belief, the freedom of speech, and the freedom of association.

19.     Happe uses X to associate with and communicate with other X users, especially her followers and users that she follows.  She also uses X to express her views, opinions, and beliefs.

20.     She did not mention Block in any of her posts on her pseudonymous and satirical @samsarashawty account or her main account @bronzeageshawty.

21.     Happe appreciates that X has never attempted to remove her speech from its platform.

22.     In early October 2023, Happe posted the Refugee Post on her pseudonymous and satirical @samsarashawty account.  In the Refugee Post, Happe expressed her political views, opinions, or beliefs in the form of satire.  In the Refugee Post, Happe described people fleeing Gaza and coming to her pseudonymous account's location in Kurdistan. Happe voluntarily deleted the Refugee Post within days of posting it.  At no time was the Refugee Post tagged or noted as potentially violating any X policy.  Upon information and belief, Block has a copy of the Refugee Post.[1]

---

[1] *See, e.g.*, Ex. A, Block Employee Handbook, Legal Policies ("To help manage our business documents effectively and to comply with legal requirements, Block has

Electronically Filed - LINCOLN COUNTY - March 28, 2024 - 10:42 AM

23.    On October 17, 2023, Happe posted the Restroom Post on her pseudonymous and satirical @samsarashawty account.  In the Restroom Post, Happe expressed her political views, opinions, or beliefs, again in the form of satire.  The Restroom Post reads: "Looking fear in the eyes today as I'm using the ADA gender neutral restroom in the office and a retarded tranny in a wheelchair knocks on the door."



24.    Happe saw that X had limited the visibility of the Restroom Post, so she voluntarily deleted that post the same day she posted it.

25.    Happe wrote both Posts and placed them on X during non-working hours while she was away from the workplace.

---

adopted this Document Management Policy and Email Retention Policy (under which non-saved emails will be retained for three years).").

Electronically Filed - LINCOLN COUNTY - March 28, 2024 - 10:42 AM

26.     On October 30, 2023, Happe had a Google Meet call with Block's HR department. Block HR claimed to have received reports of things Happe had said on X. Block HR showed Happe screenshots of the Refugee Post and the Restroom Post.

27.     Block did not tell Happe how it obtained her long-deleted posts or say that any employee had complained about them.

28.     Because she was afraid of getting in trouble, Happe denied making the Posts and claimed an abusive ex-boyfriend must have impersonated her online.

29.     A few days later, Block HR spoke with Happe again about the Posts, but provided no additional information or any suggestion that any employee had complained about the Posts. Happe again denied making the Posts.

30.     On November 21, 2023, Block terminated Happe during a call with her supervisor, Jake Feld, along with HR Representative Kiley Novak and HR Manager Anna Chhour. Block did not provide Happe any information to suggest that any employee had complained about either Post. Block simply claimed that Happe's Posts violated company policy, and specifically referenced her Restroom Post as a basis for her termination.  Block did not state that Happe's denial of having written the Posts factored into its decision to terminate her.

31.     Block did not offer Happe any severance.

32.     Happe had received only positive performance evaluations throughout her employment with Block, and she had never been disciplined by Block prior to her termination.

Electronically Filed - LINCOLN COUNTY - March 28, 2024 - 10:42 AM

33.    Happe was terminated solely because she expressed political views, opinions, or beliefs with which Block disagreed.

**Block's policies do not cover out-of-work speech**

34.    Block has various policies covering in-work communications, including electronic communications. Block's employee policies do not purport to cover out-of-work speech (apart from communications related to Block's confidential information). *See, e.g.*, Ex. B, Block Employee Handbook, General Office Policies ("Name-calling, bullying, offensive language, and threats have no place in Slack conversations or anywhere at Block. If things feel contentious, pause and consider whether Slack is the best place to have the discussion. A good rule of thumb: a Slack thread with serious disagreement is probably not going to be resolved by your next response. Please take the discussion offline.").

35.    Block's own Employee Handbook claims that its "guidelines are not meant to restrict your ability to engage in any communications or actions protected by law." Ex. B, Block Employee Handbook, General Office Policies.

36.    The sole mention in Block's handbook of its employees' social media is that employees and their guests "should not post images of our offices or other colleagues to social media sites without permission," nor should employees "post a photo of [their] badge online." Ex. B, Block Employee Handbook, General Office Policies.

37.    Block purports to "strive for diversity in our employee population, and that includes diversity of opinions, backgrounds, beliefs, etc. You're not going to agree with everyone you interact with on Slack." Ex. B, Block Employee Handbook, General

Electronically Filed - LINCOLN COUNTY - March 28, 2024 - 10:42 AM

Office Policies. "Bottom line: Treat your colleagues on Slack as you would want to be treated in person or if you were on the receiving end. There are many topics where we will have differing views and strong feelings on multiple sides, often from varying perspectives. Make sure there is room for all to be heard and considered with genuine respect and curiosity." *Id.*

38.    Thus, Block's own policies did not prohibit, and expressly allowed its employees to engage in speech like the Posts that Block referenced as grounds for terminating Happe. Happe's Posts were not on Slack, nor were they directed at any employee of Block.

39.    Block's termination of Happe violated its own policy on employee speech.

40.    Posting on X is a lawful activity.  Happe's conduct in posting the Posts on her pseudonymous and satirical account on X was lawful conduct and did not violate any Block policy.

41.    Happe's posting the Posts was also an exercise of several constitutionally protected freedoms, including the freedom of thought, the freedom of belief, the freedom of speech, and the freedom of expressive association.

**FIRST CLAIM FOR RELIEF**
**(Violations of Mo. Rev. Stat. § 130.028)**

42.    Plaintiff Happe realleges and incorporates by reference paragraphs 1 to 41 of this Complaint as though fully set forth herein.

43.    Missouri law prohibits corporations like Block from discharging an employee "by reason of [her] political beliefs or opinions." Mo. Stat. § 130.028. Section 130.028 provides in pertinent part:

Electronically Filed - LINCOLN COUNTY - March 28, 2024 - 10:42 AM

1. Every person, labor organization, or corporation organized or existing by virtue of the laws of this state, or doing business in this state who shall:  (1) Discriminate or threaten to discriminate against any member in this state with respect to his or her membership, or discharge or discriminate or threaten to discriminate against any employee in this state, with respect to his or her compensation, terms, conditions or privileges of employment by reason of his political beliefs or opinions … (5) … shall be guilty of a class E felony.

Mo. Stat. § 130.028.

44.     Missouri law provides a cause of action for "[a]ny person aggrieved by any act prohibited by" Section 130.028. *Id.* § 130.028(4).  "[I]n addition to any other remedy provided by law," the aggrieved person is "entitled to maintain … a civil action in the courts of this state." *Id.*  "Each violation shall be a separate cause of action." *Id.*

45.     A successful claim under Section 130.028 entitles the claimant to "civil damages of not less than one hundred dollars and not more than one thousand dollars, together with his or her costs, including reasonable attorney's fees." *Id.*

46.     In violation of Section 130.028, Defendant Block, a corporate entity doing business in Missouri, discharged Happe and discriminated against her based on her political beliefs or opinions, as expressed in the two Posts she posted on her pseudonymous and satirical X account.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Happe prays for relief as follows:

1.      Preliminary and permanent injunctive relief requiring Defendant Block to reinstate Happe to her prior position with no loss of pay or benefits;

Electronically Filed - LINCOLN COUNTY - March 28, 2024 - 10:42 AM

2.      A judgment declaring that Block's termination of Happe's employment was unlawful and in violation of Missouri law and public policy;

3.      Compensatory damages, including but not limited to loss of pay from the date of termination to the date of reinstatement, in an amount to be determined at trial, as well as punitive damages;

4.      An award of Civil Damages in an amount not less than $2,000;

5.      Reasonable attorney fees and costs; and

6.      Such other and further relief as the Court may deem just and proper.

Respectfully submitted,

/s/ *Timothy Belz*
Timothy Belz #31808
J. Matthew Belz #61088
CLAYTON PLAZA LAW GROUP, LC
112 South Hanley, Suite 200
Clayton, MO 63105
(314) 726-2800
Fax (314) 863-3821
tbelz@olblaw.com
jmbelz@olblaw.com

Gene C. Schaerr
H. Christopher Bartolomucci
Edward H. Trent
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com
cbartolomucci@schaerr-jaffe.com
etrent@schaerr-jaffe.com
(motions for admission pro hac vice forthcoming)

Dated: March 28, 2024                    *Counsel for Plaintiff*

Case: 4:24-cv-00622-MTS    Doc. #: 1-1    Filed: 05/03/24    Page: 14 of 41 PageID #: 22

24L6-CC00056

Electronically Filed - LINCOLN COUNTY - March 28, 2024 - 10:42 AM



x

**BLOCK EMPLOYEE HANDBOOK**

# AND NOW A WORD FROM OUR LAWYERS.

LEGAL POLICIES



# Mandatory Anti-Money Laundering Training

**New Employees**

**Exhibit A**

All new employees are required to complete our BSA/AML training (Bank Secrecy Act/Anti-Money Laundering) during onboarding. As a regulated entity, Block is able to offer meaningful products, and the same regulations that enable us to offer these products also require us to provide these training courses every year.

New hires must complete the following no later than 30 calendar days after joining Block:

- The BSA/AML training assigned to you in Workday Learning

- The quiz following the training segments with a passing score

The quiz is an important part of the process. You have two chances to pass the training. If you don't pass, your lead and the Chief Compliance Officer will be informed and a mandatory, in-person training will be set up with the Training Administrator.

Since we require all employees to successfully complete this training on an annual basis, we take this process very seriously. If you do not complete the training by this date, an escalation to your lead, HRBP, and the Chief Compliance Officer will occur. It may also result in disciplinary action.

Once you have successfully completed the training and quiz, you will be expected to comply with all of the requirements you have learned in the BSA/AML training during your time at Block. You can find more information about BSA/AML Training in Workday Learning here. If you have questions about this policy, please contact AMLTraining@squareup.com.

## Current Employees

After you have completed and passed your first training as a new hire, you will be required to take and pass the training again each year thereafter. You will receive a notification email from Workday at the appropriate time and you must complete the training within 30 days of receiving the email notification.

The same rules apply each time you take the training; You have two attempts to pass. Should you fail both quizzes, a mandatory, in-person training will be set up with the Training Administrator. Your lead, along with the Chief Compliance Officer, will be informed.

If you are unable to complete the training or pass the quiz within 30 days, an escalation to your lead, HRBP, and the Chief Compliance Officer will occur. It may also result in disciplinary action.  Should you be out on an approved leave of absence on this date, your training obligations outlined above will resume upon your return and you will have 30 days to complete it.  If you know that you will be out on an approved leave of absence on the date when you would otherwise be expected to complete the training, please notify legaltraining@.

Once you have successfully completed the training and quiz, you will be expected to comply with all of the requirements you have learned in the BSA/AML training during your time at Block. You can find more information about BSA/AML Training in Workday here. If you have questions about this policy, please contact AMLTraining@squareup.com.

# Global Signature Authority Policy

Approved by the Block, Inc. Board of Directors on October 24, 2022

## OVERVIEW AND PURPOSE

Electronically Filed - LINCOLN COUNTY - March 28, 2024 - 10:42 AM

Case: 4:24-cv-00622-MTS     Doc. #: 11-1    Filed: 05/03/24    Page: 16 of 41 PageID #: 24

Electronically Filed - LINCOLN COUNTY - March 28, 2024 - 10:42 AM

Acting on behalf of the Company, including by signing contracts, can result in significant legal and financial exposure for the Company, therefore it is necessary to define who in the Company is authorized to affirm such commitments by signing documents on behalf of the Company.

## SCOPE

All Block, Inc. ("Block"), and Block subsidiaries and affiliates (individually, and collectively, "Company"), directors, employees, temporary employees, contractors, consultants and others who may be asked to act on behalf of or represent the Company, including by signing a contract, are responsible for adherence to this Policy.

This Policy specifies who may represent the Company and/or legally bind the Company in various transactions, including by signing contracts, on its behalf.

## KEY DEFINITIONS

- **Block Signatories**: means directors, officers or employees of Block, Inc. who are authorized to sign on behalf of Block, Inc. and meet the thresholds set forth pursuant to this Policy.

- **SFS Signatories:** means directors, officers and specifically designated employees who have been authorized by the Square Financial Services, Inc. ("SFS") Board of Directors to sign documents on behalf of SFS.

- **Domestic Subsidiary Signatories**: means directors, officers, and employees of a given subsidiary (other than SFS) who are authorized to sign on behalf of the subsidiary and meet the thresholds set forth pursuant to this Policy.

- **International Subsidiary Signatories**: means directors, officers, and employees of a given subsidiary who have been authorized to sign on behalf of such subsidiary by the appropriate governing body, whether pursuant to this Policy or by specific designation, in accordance with applicable law.

- **External Director:** means a member of a Company's board who is not a Block employee.

## ROLES AND RESPONSIBILITIES

- **Corporate Counsel Team:** Primary contacts for: (1) maintaining the domestic Signature Authority process (go/signatureauthority) and the official list of approved signatories for international and domestic entities, including Block, Inc.; and (2) obtaining the necessary board approvals for signature delegations and/or signature policy implementation for international and domestic subsidiaries. To the extent there are changes that need to be made, the relevant teams, including, but not limited to, People, Tax and Business teams must agree to the recommended change. Following which, the Corporate Counsel team will put in place the required board approvals.

- **External Directors:** External directors should not be contacted directly by teams other than the Corporate Counsel team. Signatures required from external members of the Company boards should be coordinated through the Corporate Counsel team, and signature requests from external members of the board of SFS should cc: the SFS Chief Executive Officer and Chief Financial Officer.

- **SFS Team**: The Square Financial Services Signature Policy will be managed by the SFS Chief Financial Officer.

## SIGNATURE AUTHORITY

- Documents for Block, Inc. may only be signed by Block Signatories. Documents for any domestic subsidiary (other than SFS) may only be signed by a director, officer or employee of the relevant subsidiary (i.e. you may not sign for an entity you are not an employee of and only while physically present in the country of formation of that entity).

- Domestic Subsidiary Signatories (other than SFS) must meet the threshold set forth in the Signature Authority Thresholds chart.

- International Subsidiary Signatories must be authorized to sign (1) in their capacity as director or officer of the subsidiary; (2) under a specific designation; and/or (3) pursuant to this Policy and meet the threshold set forth in the Signature Authority Thresholds chart.

- Signatories can only sign documents within their direct function / business.

- Contracts for SFS may only be signed by the SFS Signatories.

- Contracts for any international subsidiary may only be signed by International Subsidiary Signatories while physically present in the international subsidiary's country of formation unless the signatory has obtained the express consent of the Corporate Counsel team.

- For the avoidance of doubt no Company director, employee, contractor, or consultant should ever enter into any (material) verbal commitments.


**REVIEW PROCESS PRIOR TO SIGNATURE**

Prior to signing a document with an external party, the following steps should be taken:

- Submit contract request through the appropriate channel (e.g. vendor contracts via go/buy all other contracts go/contracts)
    - Due diligence (e.g. VENDSEC review and approval) is completed
    - Commercial Contracts Counsel or Contracts Manager, has reviewed and included Legal stamp or contract ID signifying approval
    - Validate signatory has authority to sign
- Other documents requiring signature should be sent to your organization's Legal DRI for review and direction.


**CONTRACT VALUATION**

Subject to the Policy Exclusions below, for purposes of selecting the appropriate Signature Authority Threshold, contract value for a given agreement is determined as follows:

- **Revenue generating** agreements (e.g. those agreements where Block receives money for providing our goods or services, such as Sales and Partnership agreements, etc.) are based on anticipated adjusted revenue through the initial term or first year from the contract's effective date if no term is specified in the agreement.

- **Procurement / Expense** related agreements (e.g. those agreements where Block is paying money for goods or services, such as purchase related agreements) are based on the contracted expense for the initial term or first year from the contract's effective date if no term is specified in the agreement.

- **Non-revenue / Cost agreement** (e.g. agreements that bind the company but no money exchanges hands, such as NDAs and regulatory reports and filings, etc.) valuation is based on the discretion of the Legal team on a case by case basis.

Electronically Filed - LINCOLN COUNTY - March 28, 2024 - 10:42 AM

## SIGNATURE AUTHORITY THRESHOLDS[1]

| Block Level | | Authorized Amount |
|---|---|---|
| Check with Legal | ≥ | $200,000,000 |
| Block, Inc. Block Head | < | $200,000,000 |
| Block, Inc. CFO | < | $100,000,000 |
| Block, Inc. Core members, Chief Legal Officer and People Lead | < | $20,000,000 |
| 9 | < | $4,000,000 |
| 8 | < | $2,000,000 |
| 7 | < | $1,000,000 |
| 6 | < | $200,000 |

## POLICY EXCLUSIONS[2]

Documents related to the following list are excluded from this Policy and have specific signature requirements. The team(s) listed are responsible for collecting the appropriate signatures.

- Settlement agreements (Chief Legal Officer and/or Litigation Counsel only)
- M&A related documents (Business Development Lead and/or M&A Counsel only)
- Tax filings (state and federal filings) (Tax Lead and/or Tax Counsel only)
- SFS documents (See SFS Signature & Delegation of Authority Policy)
- Employment Agreements, including Offer Letters (Talent Ops, in collaboration with Employment and Corporate Counsel)
- Global Patent & Trademark Office documents (IP team only)
- Government Agency documents and/or inquiries (e.g. FCA, FTC, Data Protection Offices, state AGs etc) (Legal only)
- Regulatory documents (e.g., exam reports, attestations, enforcement actions, surety bonds, etc.) (Regulatory Counsel)
- US Sales, Account Management, and Partnerships agreements (Commercial Counsel and/or Contracts Manager)
- Non-Disclosure Agreements (Legal only)

## ENFORCEMENT

Any violations to this Policy may be subject to disciplinary action, up to and including termination of employment or the business relationship.

Electronically Filed - LINCOLN COUNTY - March 28, 2024 - 10:42 AM

**AMENDMENTS**

Any material changes to this Policy must be approved by the Chief Legal Officer and Chief Financial Officer.

**APPENDIX**

- **Related Policies & Procedures**
  - International External Director Signature Process
  - Square Financial Services, Inc. Signature & Delegation of Authority Policy
  - Block Subsidiary Matrix
  - Block Vendor Management Policy
  - go/signatureauthority

- [1] Signature authority thresholds are applicable to Block Signatories, Domestic Subsidiary Signatories, and those International Subsidiary Signatories authorized to sign only pursuant to the adoption of this Policy by the specified International Subsidiary.  Domestic Subsidiary Signatories and International Subsidiary Signatories that are signing in their capacity as directors of a particular subsidiary that do not meet the Block Level set forth below for a particular agreement should consult with the Corporate Counsel team for the appropriate process.

- [2] Signature authority exclusions are applicable to Block Signatories, Domestic Subsidiary Signatories, and those International Subsidiary Signatories authorized to sign only pursuant to the adoption of this Policy by the specified International Subsidiary. Domestic Subsidiary Signatories and International Subsidiary Signatories that are signing a document subject to the Policy Exclusions set forth herein in their capacity as directors of a particular subsidiary should consult with the Corporate Counsel team for the appropriate process.

DID YOU KNOW?

The first Square sellers were Lilybelle, a florist, and Sightglass, a coffee shop.



Electronically Filed - LINCOLN COUNTY - March 28, 2024 - 10:42 AM

Electronically Filed - LINCOLN COUNTY - March 28, 2024 - 10:42 AM

# Document Management Policy

As our business grows, so too does the volume of its documents, emails, and other business records. To help manage our business documents effectively and to comply with legal requirements, Block has adopted this Document Management Policy and Email Retention Policy (under which non-saved emails will be retained for three years). By following this policy, each of us will help uphold government and legal requirements, contractual, intellectual property, and other legal rights, minimize the likelihood that Block's documents will be misused, and reduce the volume of stored information.

# Digital Currency Transaction Policy

You may not trade or enable others to trade digital currencies, such as bitcoin, while in possession of material nonpublic information (MNPI) about Block's work on developing products related to digital currencies. Any questions as to whether information is material or has been adequately disclosed should be directed to the DigitalCurrencyPolicy@ alias. Additional information, including what types of information might be considered MNPI, can be found in our Digital Currency Transaction Policy.

# Anti-Bribery and Anti-Corruption Policy

Block is dedicated to fostering and maintaining the highest ethical standards and integrity in all of its operations and in all countries in which it operates or otherwise has business connections. Block is committed to compliance with the United States Foreign Corrupt Practices Act (the"FCPA"), the United Kingdom Bribery Act (the "Bribery Act"), the Organization for Economic Cooperation and Development ("OECD") Anti-Bribery Convention (the "Bribery Convention") and all other applicable anti-corruption and anti-bribery laws.

Bribes can be anything of value. Cash payments as well as gifts, entertainment, excessive business promotional activities, payments or reimbursements of expenses of foreign officials, in-kind or political contributions, investment opportunities, subcontracts, stock options, favors, such as hiring the relative of a foreign official, and similar items can all be prohibited bribes.

Block has developed an Anti-Bribery and Corruption Policy to clearly articulate expectations and guidelines for bribery, gifts, and entertainment offered to individuals or entities.

Block employees are prohibited from offering, promising, authorizing, or giving anything of value, whether tangible or intangible, to any individual or entity in exchange for a desired service or item.

Each Block employee is responsible for their compliance with this Policy. The full Anti-Bribery and Corruption Policy can be found at go/abcpolicy.

If you have any questions about this Policy, please contact Legal (legal@squareup.com)

# Giving Policies

Block Political Giving Policy

Block Giving Policy

Electronically Filed - LINCOLN COUNTY - March 28, 2024 - 10:42 AM

Previous Chapter: Time off and Leave Policies

© Block, Inc. Last revised    25 Apr 2022

Case: 4:24-cv-00622-MTS     Doc. #: 1-1     Filed: 05/03/24     Page: 22 of 41 PageID #: 30

24L6-CC00056

Electronically Filed - LINCOLN COUNTY - March 28, 2024 - 10:42 AM

**BLOCK EMPLOYEE HANDBOOK**

# YOUR HOME AWAY FROM HOME.

GENERAL OFFICE POLICIES



# Office Locations and Hours

Office hours and operations vary from location to location. Visit go/office or go/$office (for Cash team members) to get the latest information in your location.

# Office Conduct

A few ground rules to make sure we're all safe and respectful in our space:

**Exhibit B**

- We do not have a standard dress code (use your best judgment), and we encourage you to dress comfortably. One exception – for your safety and the safety of others, shoes are required while in any space that offers food service.

- The use of bikes, skateboards, scooters, etc. are not permitted in the office, with the exception of pre-approved items (approval process happens via go/concierge.)

- While we love our four-legged friends, pets are not permitted in the office. We will make exceptions for service and support animals, consistent with applicable law and HRBP approval (again, head to go/concierge).

- Any non-standard use of the facilities (both internal and external) such as meetings with external guests or group meetings that do not have a direct tie to Block and our business, requires the permission and partnership from the Workplace Team. Visit go/events for more information on hosting and conducting events virtually and on Block premises.

For any questions, please reach out to office@squareup.com.

# Visitor Policy

We're proud of our office spaces and we encourage you to bring family and friends to visit during business hours as it's safe to do so. **Please refer to _Block FAQ on Coronavirus_ for the latest on office re-entry in your region._** For a smooth visit, here's how to prepare for your guests:

- Guests must be registered on go/guest in advance of their arrival (the further in advance the better!).

- Guests must present a government issued photo ID at the time of check in (e.g., driver's license, passport, green card, etc.).

- Upon arrival, guests must check in at Reception, receive a Block-branded badge or name tag, and sign an NDA.

- Guests must wear their badges and stay with you (their host) at all times. When hosting guests, you are responsible for ensuring that you accompany them at all times, and bring them only to designated guest-friendly zones (see go/flyzone for more information).

- Guests may only visit during business hours, with company-sponsored, public-friendly events as reasonable exceptions.

- While it's okay for guests to take photos in guest-friendly zones (again, see go/flyzone for details), they must not capture images of screens, monitors, or whiteboards. Recording devices such as wearable cameras, voice recorders, etc. may not be used by guests inside the office.

- As is our rule for employees, guests should not post images of our offices or other colleagues to social media sites without permission (with the exception of our reception spaces). Ask our Trust and Safety team at go/safety if you are not sure what's within policy.

- Guests should not interfere with the work of any employees, or make anyone feel uncomfortable. While in our offices, we expect them to honor the same Code of Conduct that our employees abide by every day

- Guests are expected to stay only for reasonable amounts of time, and may not engage in work or other independent activities while visiting the office, except for incidental email use on non-Block devices.

- Under certain circumstances, former employees and contingent workers may not be permitted to visit Block or attend a company-sponsored event.

- Block reserves the right to deny or revoke access to any guest at sole discretion.

Electronically Filed - LINCOLN COUNTY - March 28, 2024 - 10:42 AM

Electronically Filed - LINCOLN COUNTY - March 28, 2024 - 10:42 AM

**Reception Hours**

Guest check in by the Trust and Safety team varies by office location. General guest hours are from 8am-5pm, Monday through Friday. Guests are not allowed at any office during the weekend. Reach out to your local Trust and Safety team for questions about your specific office, or visit go/office or go/$office.

# Office Safety

The Trust and Safety team is available to help you at any time. In locations where there are no Security Officers physically present, the Trust and Safety team manages physical security remotely through the Global Security Operations Center (GSOC) in San Francisco. If you have a safety or security concern in any office, please do not hesitate to contact safety@squareup.com, #trust-and-safety on Slack, or call +1 (415) 375-7866.

Employees must report any theft (property, assets, etc.) or safety incident occurring on or off Block premises to Trust and Safety (safety@squareup.com) as soon as possible. Trust and Safety will document the incident and communicate with law enforcement. In a life-threatening situation, call 911 for immediate police assistance.

# Badges

***Please refer to our Block FAQ on Coronavirus for the latest policies and guidance as it relates to COVID-19.***

You have been issued an access control badge that is personally identifiable to you. Think of this badge as your passport, giving you access to all Block offices worldwide. It is important that you take precautions against theft or loss, and that you never loan your badge to another person (whether they're a fellow employee or a guest). Note that your badge is the property of Block and must be returned upon request or upon the termination of your employment. Report lost or stolen badges immediately to Trust and Safety:

- Call +1 (415) 375-7866
- Email badgerequest@squareup.com
- Send a Slack message to #trust-and-safety

Many of our offices are shared with other tenants, and we ask that you take appropriate precautions to safeguard yourself and your fellow colleagues.

**Please wear your badge visibly at all times.** Our Trust and Safety team members will be monitoring the space to see your badge. We will supply you with a badge holder if needed (see reception or contact Trust & Safety at safety@). If you forget your badge, we can lend you one for the day – just ask at reception.

**Piggybacking.** Don't allow anyone to walk through a doorway behind you unless they display their badge. Office thefts are commonly committed by people "social engineering" their way into a building, and they may try to take advantage of your goodwill. Protect our space by always closing the door behind you or asking to see a badge before allowing someone to enter. Contact Trust and Safety immediately if there's an issue, but do not allow anyone without a valid badge into Block's space.

**Do not post a photo of your badge online.** This includes posting a photo of your badge to any social media platform or anywhere else online. We like to keep what our badges look like as internal as possible, so please do not show it off

outside the office. Additionally, please refrain from posting pictures of your badge as a "farewell post" on your last day (or during any other time) on any social media platform.

# Safe Workplace

## Introduction

Block is committed to a safe and healthy work environment, free from violent, threatening, or intimidating behavior. Violent or threatening behavior of any kind is unacceptable at Block offices, at any Block-sponsored event, or during any time you are acting on behalf of Block. To this end, we have developed the Safe Workplace Program outlined here, which focuses on prevention and early intervention to reduce the potential for uncomfortable or unsafe situations or the fear of violence. This section also outlines mandatory reporting and escalation protocols.

This policy is applicable to anyone performing services for Block and any person who makes threats, exhibits threatening behavior, or engages in intimidating, threatening, or violent acts on Block's property or during a Block event, or who otherwise violates the terms of this policy. The policy crosses all work-related settings, including but not limited to Block-sponsored meetings or events.

## Definitions

Threat: Any conduct whatsoever that conveys intent or is reasonably perceived to convey intent to cause physical harm, or to place someone in fear of physical harm. All threats and/or acts of Workplace Violence are strictly prohibited, including direct, verbal, electronic, telephonic, email, text, instant messaging, social media, facsimile, or any other means. Threats of violence, even if made in a "joking" manner, are a violation of this policy and will not be tolerated.

Workplace Violence: Any behavior whatsoever that generates a reasonable concern for safety, where a correlation exists between the behavior and the physical safety of employees, guests, a member of the public, vendors and contractors, and/or others. Workplace Violence includes acts of violence, threats, and other actions, behavior ,or conduct that does or could cause suffering, injury, harm, or damage to employees or others, or to the property of Block or others.

Weapons: Any instrument or device which can be used to inflict harm, including but not limited to firearms, explosives, ammunition, implements restricted under applicable law, fireworks, or other recreational weapons such as pellet and BB guns. Pocket knives, utility knives, and other instruments necessary to perform work-related tasks are generally permissible, only as long as they are not brandished or flaunted as a weapon, or otherwise perceived as threatening by a reasonable person.

Designated Management Representative (DMR): The Trust and Safety Lead is Block's Delegated Management Representative who receives, responds to, and assists to resolve reports of Threats of and/or Workplace Violence made under this policy. The DMR shall receive and promptly coordinate all reports with the People and Counsel teams, and with forensic external threat assessment mental health professionals and/or law enforcement, if applicable.

Safe Workplace Team (SWT): A cross-functional team trained to manage workplace violence risk at Block. When a case, scenario, event, incident, or information about a potentially unsafe or threatening action is brought forward, the Safe Workplace Team will develop a management strategy to mitigate such risk. The team consists of members from the People team, the Counsel team, Trust and Safety, and an outside psychological threat assessment professional consultant that Block has retained as needed. The Safe Workplace Team will actively manage all cases.

Electronically Filed - LINCOLN COUNTY - March 28, 2024 - 10:42 AM

Safe Workplace Intervention Program: This policy is based on the National Standard for Workplace Violence Prevention and Intervention of ASIS International, which serves as a guide and resource.

# Our Policy

Any employee, contingent worker, vendor, customer, guest, or any other person who makes threats, exhibits threatening behavior, or engages in violent acts in the workplace is subject to immediate removal from the premises and may be subject to disciplinary action under this policy. Any employee who violates this policy, fails to report or properly escalate a violation of this policy, fails to cooperate during an investigation of conduct prohibited by this policy, or intentionally reports false allegations of violations of this policy may be subject to disciplinary action, up to and including termination of employment. In addition, where appropriate and warranted, the matter may be referred for further civil or criminal proceedings.

Emergency Situations: In an emergency situation, violent threats or behavior should be immediately reported to local law enforcement by calling 911. Employees who encounter an armed or dangerous person should remain calm while attempting to exit the situation. Notify local emergency services and/or a lead if it can be done safely and without endangering the safety of yourself or others.

No Retaliation: Block prohibits retaliation against anyone who makes a good faith report of any policy violations, or who participates in an investigation of a potential violation.

Weapons Prohibition: Block expressly prohibits possession or use of any weapon (as defined above) while on Block's premises or otherwise engaged in Block business or activities. An exception to this provision may exist in those States and jurisdictions that have applicable laws allowing weapons to be carried on Block property without prior permission, and then only to the extent and under the conditions outlined in applicable law. Generally, such laws require legal and properly registered weapons to be kept unloaded and properly secured (locked and not visible) in a privately-owned vehicle at all times while on company property. Weapons are not authorized in a Block owned or leased vehicle, unless specifically allowed by law.

Investigations: All reports and concerns will be promptly and objectively investigated and treated confidentially to the extent possible. All employees are expected to cooperate in any and all investigations or subsequent investigations. A variety and range of interventions and remedies are possible in any given case and are considered in an objective and fair manner by the DMR and Block management.

A note on guests: Block will take appropriate action if guests engage in prohibited activities. This may include removal from Block property, prosecution for trespassing or any other violation of laws, and other appropriate remediation.

Domestic Violence and Court Orders: Block has an obligation to provide a safe workplace and protect employees from threats to their safety. This obligation cannot be effectively accomplished unless Block is provided reliable information regarding individuals who have been told by the courts, or other legally constituted entities, to maintain a distance from Blocks locations. Block understands the sensitivity of this information and has developed procedures for it to be received, maintained, and acted on, which recognize the privacy of the reporting employee(s). Therefore, any person who applies for or obtains a protective or restraining order, which lists Block locations as being protected areas, shall provide a copy of the petition and declarations used to seek the protective or restraining order, along with a copy of any temporary protective or restraining order which is granted, and a copy of any protective or restraining order to a supporting People, Trust and Safety, or Counsel team member.

# Responsibility

All employees and those acting on behalf of Block have a duty to comply with and enforce this policy. Anyone who believes they may be at risk of becoming a victim of violence because of the nature of their job, or because they are

Electronically Filed - LINCOLN COUNTY - March 28, 2024 - 10:42 AM

Electronically Filed - LINCOLN COUNTY - March 28, 2024 - 10:42 AM

subject to harassment, violence, or threats from a non-employee, or who have obtained a temporary or permanent restraining order, is required to notify a lead, a People, Trust and Safety, or Counsel team member, or the DMR.

Leads are responsible for taking all necessary steps to comply with this policy within the scope of their responsibility. Leads are also accountable for escalating any violations of this policy, along with all reported complaints or observations of acts, behavior indicators, or threats of violence.

The People team helps enforce the Workplace Violence Prevention policies and contributes key skills to incident management, including but not limited to escalating information of reported incidents to the DMR.

The Counsel team provides guidance, direction, and professional opinion on legal matters that can include fact-finding strategies and outcomes, prosecution referrals, and terminations. The Counsel team also approves or denies requests for any exceptions under this policy.

The Trust and Safety Lead is Block's DMR and convenes the Safe Workplace management team for resolving all threats and workplace violence concerns. In this role, the DMR provides key support regarding victim and facility protective strategies, brings together required investigative and associated case management resources for resolution of complaints, and guides any external coordination with law enforcement authorities in tandem with the Counsel and People teams, forensic psychologists, and location management. The DMR shall periodically review this policy with Counsel and People team members and recommend revisions as necessary.

## How to Report Incidents or Concerning Behaviors

If you observe any of the conduct or behavior described above, you should immediately express your concern to comply with this policy and:

- Call 911 in an emergency.

- Contact your lead.

- Contact your go/myHRBP.

- Contact a member of the Safe Workplace Team (SWT@squareup.com).

- Contact the Designated Management Representative (DMR) or Trust and Safety at safety@squareup.com or +1 (415) 375-7866.

- Submit a concern online or by phone (by identifying yourself or remaining anonymous), as discussed in the Report Potential Violations section.

## References

ASIS (American Society for Industrial Security)/SHRM (Society for Human Resource Management) SAFE WORKPLACE.1-2011 –

The American National Standard for Workplace Violence Prevention and Intervention

# Rules of Engagement for Slack

Slack is the primary tool we use for messaging and group chat. It's a great way for teams, Communities, working groups, and offices to share content and updates in real time, and for folks to engage in conversation around topics they care about. It has also at times become a source of heated, and not always constructive debate, and can be a distraction from what we're here to do for our customers.

Case: 4:24-cv-00622-MTS      Doc. #: 12      Filed: 05/03/24      Page: 28 of 41 PageID #: 36

To keep this platform a safe, open, constructive space for all employees, we've developed a set of "rules of engagement" for Slack, derived from a few of our Operating Principles below. Need further guidance on what is appropriate for our work environment? Refer to the Prohibiting Harassment section of this handbook for our policy on verbal and physical conduct, including visual displays.

**Understand someone's struggle.** Approach conversations with openness, curiosity, and empathy. We strive for diversity in our employee population, and that includes diversity of opinions, backgrounds, beliefs, etc. You're not going to agree with everyone you interact with on Slack. Ask questions, acknowledge that you want to know where the other person is coming from, and read comments from others carefully before writing back. Ask yourself whether your contribution to the conversation adds value to the workplace. *Name-calling, bullying, offensive language, and threats have no place in Slack conversations or anywhere at Block.* If things feel contentious, pause and consider whether Slack is the best place to have the discussion. A good rule of thumb: a Slack thread with serious disagreement is probably not going to be resolved by your next response. Please take the discussion offline.

**Seek divergent perspectives.** Structure Slack channels and conversation to be as inclusive as possible. Obviously there are times when we're working on a confidential project and need a private channel, but consider keeping other channels open to all. In conversations, be open to having your viewpoint challenged, challenge the perspectives of others thoughtfully and respectfully, and avoid definitive statements ("you are wrong"). At the end of a discussion, you may find your perspective still at odds with someone else's. That's fine! Agree to disagree and move on with grace. At all times, remember that these are your colleagues on the receiving end of your comments.

**Invent and learn.** This applies on two levels. To the individual, approach Slack (and all!) interactions with a growth mindset. Practice applying the principles above in your conversations, ask for and be open to feedback, and admit when you could have done better. For the company, we should constantly evolve the ways we use Slack and the purpose it serves for us. As you discover new ways to use the tool, share with each other.

Bottom line: Treat your colleagues on Slack as you would want to be treated in person or if you were on the receiving end. There are many topics where we will have differing views and strong feelings on multiple sides, often from varying perspectives. Make sure there is room for all to be heard and considered with genuine respect and curiosity.

*A note on responsibility and accountability*

We are all responsible for making sure we uphold these principles and taking ownership of our individual roles in creating and maintaining a healthy environment on Slack. Leads are also responsible for holding their team members accountable to Block's principles and Code of Conduct.

Our first line of defense is to trust and defer to employees to self correct. If, however, you see a Slack conversation that you believe violates Block's policies, please escalate to your lead, HRBP, or other stakeholder identified in Block's Report Potential Violations section.

And finally, these guidelines are not meant to restrict your ability to engage in any communications or actions protected by law. For more information, please refer to the Protected Communications Policy in our Code of Conduct.

# Building Evacuation Plan

In the event of an emergency:

- Notification will be made through the fire alarm system and may consist of audible instructions, flashing lights, and an audible horn or siren.

Electronically Filed - LINCOLN COUNTY - March 28, 2024 - 10:42 AM

Case: 4:24-cv-00622-MTS     Doc. #: 11-1    Filed: 05/03/24    Page: 29 of 41 PageID #: 37

Electronically Filed - LINCOLN COUNTY - March 28, 2024 - 10:42 AM

- Proceed immediately to the nearest exit or stairwell, do not use elevators.

- Once outside, all employees should assemble together at the assembly area designated in your local office Emergency Response Plan (see below).

- Employees should wait for the all clear signal from the local authority before re-entering the building.

- Evacuation maps are usually posted near elevators and stairwells, and identify locations of emergency exits.

Leads will be responsible for their team's headcount to ensure the safety of all team members. They should inform an Emergency Response team member or a member of Trust and Safety immediately if they notice that a team member is missing during an emergency. The Trust and Safety team will be responsible for headcount of guests visiting the office.

# Emergency Response Plan

Emergency Response Plans for each office are online at go/safety.

# Safety, Health, and Injury and Illness Prevention Program

It is our goal to minimize the number of instances of occupational accidents and illnesses, and ultimately to achieve an accident-free workplace. All employees will be provided with the equipment, information, training, and supervision they need to implement the policy and achieve the stated objective.

The Trust and Safety team responds to illness and injury needs in our company office. In locations where there are no T&S team members physically present, the local Office lead or Office Lead will assist as needed. Basic first aid supplies are available in each office for minor injuries. In the event that you or a colleague need advanced medical care, please contact the T&S team or call 911 for emergency medical services.

To help us maintain a safe and healthy workplace, we all need to stay alert and safety-conscious at all times. To help ensure we do our best to take care of ourselves and each other, we also maintain an Injury and Illness Prevention Program.

Please report any work-related injury or illness immediately to your lead, the Trust and Safety team (safety@squareup.com, trust-and-safety Slack channel, or 415-375-3176), or your Human Resources Business Partner.

# Workers Compensation

Block provides workers' compensation insurance coverage to employees with work-related illnesses or injuries. If you have a work-related illness or injury, no matter how minor, immediately seek medical treatment as needed and promptly notify your lead and the People Team at go/concierge immediately.

Electronically Filed - LINCOLN COUNTY - March 28, 2024 - 10:42 AM

# Ergonomics

To reduce ergonomic risk and injuries, Block will provide reasonable and appropriate resources and training to those with demonstrated ergonomic needs. For more information, visit go/ergo and if you have questions, please email the Trust & Safety Environmental Health Safety Team at EHS@squareup.com.

# Remote Work Guidelines

When you work outside of a Block office you are expected to follow our Remote Work Guidelines. Please familiarize yourself with these guidelines, and if you have questions, please contact your HR Business Partner (HRBP).

# Lactation Policy

To accommodate breastfeeding, we provide break times and facilities for employees who are nursing or pumping. When possible, we will provide flexible work schedules, including breaks to provide time for the expression of milk and access to a Wellness Room (other than a restroom) that provides privacy and access to a refrigerator. The break time will, if possible, run concurrently with any other break times already provided.

Please request lactation accommodations via go/accommodate. If you do not have access to a Wellness Room in your work location that is shielded from view and free from intrusion by coworkers and the public (other than a bathroom), please contact go/concierge for help identifying an appropriate room. Block prohibits retaliation against you for exercising your right to a lactation accommodation.

# Smoking Policy

Smoking, including the use of e-cigarettes, vape pens, vaporizers, or similar devices, is prohibited inside Block's facilities. All employees, contingent workers, and other visitors must comply with this policy. Those who violate this policy may be disciplined, up to and including termination of employment. Contact your local office lead to understand the appropriate outdoor location to smoke.

# Drug and Alcohol Abuse Policy

Block prohibits individuals from being impaired under the influence of alcohol, as well as the unlawful use, possession, distribution, sale, or manufacture of any illegal drug or controlled substance on Block premises; while conducting or performing Block business regardless of location; while operating or responsible for the operation, custody, or care of Block equipment or other property; or while responsible for the safety of Block employees or clients.

Block prohibits all individuals from working while impaired by the use of any legal drug whenever such impairment might endanger the safety of the individual or others, pose a risk of damage to Block property or equipment, or interfere with the individual's job performance or the efficient operation of Block business or equipment.

Case: 4:24-cv-00622-MTS    Doc. #: 1-1    Filed: 05/03/24    Page: 31 of 41 PageID #: 39

You are required to notify Block of any conviction under a criminal drug statute for a violation occurring in the workplace or during a Block-related activity or event, not later than five days after any such conviction. When required by federal law, Block will notify any federal agency with which it has a contract of any individual who has been convicted under a criminal drug statute for a violation occurring in the workplace. An individual who is convicted under a criminal drug statute for a violation occurring in the workplace will be deemed to have violated this policy.

If you suspect that you may have alcohol or drug problems, even in the early stages, you are encouraged to voluntarily seek diagnosis and to follow through with the treatment as prescribed by qualified professionals. If you wish to voluntarily enter and participate in an approved alcohol or drug rehabilitation program, you are encouraged to contact your lead or your HRBP. Block will then determine whether it can provide an accommodation by providing a leave of absence for the time necessary to complete participation in the program. You should be aware that participation in a rehabilitation program will not necessarily shield you from disciplinary action for a violation of this policy, particularly if discipline is imposed for a violation occurring before you seek assistance.

# Environmental Policies

As we build tools for economic empowerment, we're committed to doing so in a way that is mindful and respectful of our environment. With the choices we make about our products, our office spaces, and our community engagement, we seek to be as sustainable as possible, and regularly reevaluate where we can do better across all areas.

**Our Products**

Currently, we source nearly 100% of our hardware components from top-tier suppliers and work closely within our supply chain to ensure that our materials are sourced responsibly. This includes trying to source regionally to limit emissions due to transit and reducing materials/waste through design changes. We have also engaged with third parties to audit our supply chain and sustainable sourcing.

With our packaging, we have made substantive changes to drive more sustainable materials and to reduce waste in transportation. We continue to innovate and improve packaging with each new product and we are actively investigating new packaging materials for the future.

**Our Spaces**

When it comes to our office spaces and the way we use them, we strive to produce the smallest carbon footprint possible and implement sustainable practices across all locations.

When we select office spaces, we look for places with bike parking and accessibility to public transit. When we build new offices and renovate existing ones, we focus on using sustainable building materials with recycled content so we can reduce the amount of materials sent to landfills. When we select vendors (such as architects and contractors), we look for those with experience in sustainable design and accreditation wherever possible.

As it relates to caring for our facilities, in each of our offices we've also implemented responsible waste management practices, including a 3:2:1 ratio for compost:recycle:landfill in San Francisco and educational materials to help employees dispose of waste properly (these efforts have improved our cross contamination by 70%). We also opt for low-VOC cleaning products (those that have minimal impact on indoor air quality). For office supplies, we opt for recycled paper wherever we can.

With our snack and beverage program, we choose to partner with vendors who care about sustainability.

**Our Community**

Electronically Filed - LINCOLN COUNTY - March 28, 2024 - 10:42 AM

Case: 4:24-cv-00622-MTS     Doc. #: 1-1   Filed: 05/03/24   Page: 32 of 41 PageID #: 40

In addition to being conscious of the environmental footprint of our products and offices, we work to promote environmental responsibility in our local communities. To this end, we partner with local nonprofits and community organizations on volunteer projects that help keep our neighborhoods healthy and clean for all. From planting trees with Friends of the Urban Forest to park and beach clean-ups with city parks and recreation departments to street cleaning alongside our homeless neighbors, we create opportunities where employees can take an active role in beautifying the environment beyond our own walls.

Handbook Home                                        Next Chapter: Conduct Standards

© Block, Inc. Last review      14 Apr 2022

Electronically Filed - LINCOLN COUNTY - March 28, 2024 - 10:42 AM



**IN THE 45TH JUDICIAL CIRCUIT, LINCOLN COUNTY, MISSOURI**

| | |
|---|---|
| Judge or Division:<br>JAMES DAVID BECK | **Case Number:  24L6-CC00056** |
| Plaintiff/Petitioner:<br>CHLOE HAPPE | Plaintiff's/Petitioner's Attorney/Address<br>TIMOTHY BELZ<br>SUITE 200<br>112 S  HANLEY<br>ST  LOUIS, MO  63105 |
| vs. | |
| Defendant/Respondent:<br> BLOCK, INC. | Court Address:<br>LINCOLN COUNTY JUSTICE CENTER<br>45 BUSINESS PARK DRIVE<br>TROY, MO  63379 |
| Nature of Suit:<br>CC Other Tort | |
| | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  **BLOCK, INC.**
Alias:

CT CORPORATION SYSTEM
120 S. CENTRAL AVENUE
CLAYTON, MO  63105

*COURT SEAL OF*

*LINCOLN COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

| _____3/29/24_____ | _____/s/ Dianne Doll_____ |
|---|---|
| Date | Clerk |

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.
☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with
_____, a person at least 18 years of age residing therein.
☐ (for service on a corporation) delivering a copy of the summons and petition to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                                   Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
                                                      Date                                                      Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | **$_____** |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - LINCOLN COUNTY - April 11, 2024 - 03:22 PM

RETURN

SB
4-28-24

# IN THE 45TH JUDICIAL CIRCUIT, LINCOLN COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JAMES DAVID BECK | Case Number: 24L6-CC00056 |
| Plaintiff/Petitioner:<br>CHLOE HAPPE | Plaintiff's/Petitioner's Attorney/Address<br>TIMOTHY BELZ<br>SUITE 200<br>112 S HANLEY    31808<br>ST LOUIS, MO 63105 |
| vs. | Court Address:<br>LINCOLN COUNTY JUSTICE CENTER<br>45 BUSINESS PARK DRIVE<br>TROY, MO 63379 |
| Defendant/Respondent:<br>BLOCK, INC. | |
| Nature of Suit:<br>CC Other Tort | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  **BLOCK, INC.**
Alias:

CT CORPORATION SYSTEM    30
120 S. CENTRAL AVENUE    CT COR  N9
CLAYTON, MO 63105

*COURT SEAL OF*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

*LINCOLN COUNTY*

_____3/29/24_____         /s/ Dianne Doll
Date                              Clerk

Further Information:

2024 APR -2   ST LOUIS SHERIFF   RECEIVED   3:06

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.
☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.
☒ (for service on a corporation) delivering a copy of the summons and petition to: CT Corp (Sidney) (name) Intake Specialist (title).
☐ other: _____

Served at   120 S. Central Ave.   (address)
in   St Louis   (County/City of St. Louis), MO, on   4/5/24   (date) at   0800   (time).

Kevin Pugh
Printed Name of Sheriff or Server                      Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
Date                                      Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $_____ per mile) |
| Total | $_____ |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

4-3-24

24-SMCC-2755

Based on the Supreme Court Rules governing eFiling, an eService email has been issued to the following parties:

SERVICE PARTY:    TIMOTHY BELZ, Attorney for Plaintiff
SERVICE EMAIL:    tbelz@omblaw.com

Electronically Filed - LINCOLN COUNTY - April 11, 2024 - 03:22 PM

Electronically Filed - LINCOLN COUNTY - April 22, 2024 - 12:02 PM

**IN THE CIRCUIT COURT FOR LINCOLN COUNTY, MISSOURI**
**45th JUDICIAL CIRCUIT**

|  |  |  |
|---|---|---|
| CHLOE HAPPE, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 24L6-CC00056 |
| | ) | |
| BLOCK, INC., | ) | Division I |
| | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**ENTRY OF APPEARANCE**

COMES NOW Gene C. Schaerr, pursuant to Mo. R. Civ. P. 55.03 and Local Rule 21.2, and enters his appearance as attorney of record for Plaintiff Chloe Happe; and

Pursuant to Mo. R. Gov. Bar Jud. Rule 9.03, states as follows:

1)  Annexed hereto as <u>Exhibit A</u> is an addendum identifying every court of which I am a member of the bar; and

2)  Neither myself or any member of my firm is under suspension or disbarment by any such court; and

3)  I designate Timothy Belz (#31808), whose appearance has been previously recorded in this case, as associate counsel.

Further, annexed hereto as <u>Exhibit B</u> is the acknowledgment of receipt as required by Rule 6.01(n).

Electronically Filed - LINCOLN COUNTY - April 22, 2024 - 12:02 PM

Respectfully submitted,

/s/ ***Gene C. Schaerr***
Gene C. Schaerr
H. Christopher Bartolomucci
Edward H. Trent
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com
cbartolomucci@schaerr-jaffe.com
etrent@schaerr-jaffe.com

/s/ ***Timothy Belz***
Timothy Belz #31808
CLAYTON PLAZA LAW GROUP, LC
112 South Hanley, Suite 200
Clayton, MO 63105
(314) 726-2800
Fax (314) 863-3821
tbelz@olblaw.com

*Counsel for Plaintiff*

Dated:  April 19, 2024

2

Electronically Filed - LINCOLN COUNTY - April 22, 2024 - 12:02 PM

**Exhibit A**
Chloe Happe v. Block, Inc.,
Case No. 24LG-CC00056

Electronically Filed - LINCOLN COUNTY - April 22, 2024 - 12:02 PM

**Gene C. Schaerr Bar Admissions**

| Bar or Court | Admitted | Status | Bar # |
|---|---|---|---|
| District of Columbia; DC Court of Appeals | 11/23/1988 | Active | 416368 |
| Pennsylvania Bar | 11/12/1987 | Inactive | 51130 |
| U.S. Supreme Court | 04/22/1991 | Active | |
| U.S. Court of Appeals, First Circuit | 6/4/1998 | Active | 52980 |
| U.S. Court of Appeals, Second Circuit | 4/13/1998 | Active | 98-231 |
| U.S. Court of Appeals, Third Circuit | 3/23/1998 | Active | |
| U.S. Court of Appeals, Fourth Circuit | 3/23/1998 | Active | |
| U.S. Court of Appeals, Fifth Circuit | 10/4/1995 | Active | |
| U.S. Court of Appeals, Sixth Circuit | 3/23/1998 | Active | |
| U.S. Court of Appeals, Seventh Circuit | 3/27/1998 | Active | |
| U.S. Court of Appeals, Eighth Circuit | 7/14/1997 | Active | 97-0473 |
| U.S. Court of Appeals, Ninth Circuit | 3/31/1998 | Active | |
| U.S. Court of Appeals, Tenth Circuit | 8/28/1996 | Active | |
| U.S. Court of Appeals, Eleventh Circuit | 5/9/1996 | Active | |
| U.S. Court of Appeals, DC Circuit | 10/18/1988 | Active | |
| U.S. Court of Appeals, Federal Circuit | 3/27/1998 | Active | |
| U.S. District Court, DC | 11/01/1993 | Active | 416368 |
| U.S. Tax Court | 6/14/2010 | Active | SG0662 |

# Exhibit B

Chloe Happe v. Block, Inc.,
Case No. 24LG-CC00056

Electronically Filed - LINCOLN COUNTY - April 22, 2024 - 12:02 PM



## CLERK OF THE SUPREME COURT
### STATE OF MISSOURI
### POST OFFICE BOX 150
### JEFFERSON CITY, MISSOURI
### 65102

BETSY AUBUCHON
CLERK

TELEPHONE
(573) 751-4144

4/16/2024

*This will hereby acknowledge receipt of $820.00 as required by Rule 6.01(n) for Gene Schaerr and Edward Trent, appearing in Chloe Happe v. Block, Inc., Case No. 24L6-CC00056, before the Circuit Court, Lincoln County, State of Missouri.*

Betsy AuBuchon, Clerk