# EXHIBIT C

Case: 4:24-cv-00622-MTS   Doc. #: 1-3   Filed: 05/03/24   Page: 1 of 4 PageID #: 54

IN THE CIRCUIT COURT FOR LINCOLN COUNTY
STATE OF MISSOURI

| | |
|---|---|
| CHLOE HAPPE,<br><br>      *Plaintiff*,<br><br>v.<br><br>BLOCK, INC.,<br><br>      *Defendant*. | Case No. 24L6-CC00056<br><br>Judge James David Beck |

## NOTICE TO CIRCUIT COURT OF FILING OF NOTICE OF REMOVAL TO FEDERAL COURT

**TO THE CIRCUIT CLERK:**

PLEASE TAKE NOTICE that on this 3rd day of May, 2024, Defendant Block Inc. ("Block"), filed a Notice of Removal in the United States District Court for the Eastern District of Missouri, Eastern Division, in the above-entitled action to remove said action to the United States District Court for the Eastern District of Missouri, a true and correct copy of which is attached hereto and filed herewith, pursuant to the provisions of 28 U.S.C. § 1446(d). All pleadings regarding the removal were served upon Plaintiff.

-1-

Dated:  May 3, 2024                                   Respectfully submitted,

*/s/ Lillian T. Manning*

Patricia J. Martin, Bar No. 57420MO
Lillian T. Manning, Bar No. 68432MO
LITTLER MENDELSON, P.C.
600 Washington Avenue
Suite 900
St. Louis, MO 63101
Telephone: 314.659.2000
Facsimile: 314.667.3760
pmartin@littler.com
lmanning@littler.com

*Attorneys for Defendant Block, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 3rd day of May, 2024, a true and correct copy of the foregoing was filed with the Clerk of the Court and served via the Court's electronic filing system on all counsel of record.

                                             */s/ Lillian T. Manning*
                                             Lillian T. Manning