**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| CHLOE HAPPE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:24-cv-622-MTS |
| ) | |
| BLOCK, INC., ) | |
| ) | |
| Defendant. ) | |

# ORDER

**IT IS HEREBY ORDERED** that the Joint Motion to Stay Case Pending Arbitration, Doc. [16], is **GRANTED**, and this action is **STAYED** through the completion of arbitration.

Dated this 5th of September 2024.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE